**Francis AKINRO, Plaintiff–Appellant,**

v.

**Catherine C. BLAKE, Defendant–Appellee.**

**No. 07–1581.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 23, 2007.

Decided: Aug. 28, 2007.

Francis Akinro, Appellant Pro Se.

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis Akinro appeals the district court's order dismissing Akinro's complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Akinro v. Blake,* No. 1:07–cv–01450–AMD (D. Md. June 8, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*